# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133325 & (41)(42)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 133325
                                COA: 265913
                                Wayne CC: 05-002715-01

MICHAEL RENE GARRETT,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 1, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to extend time to file brief and motion to compel discovery are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

t0618

_____
Clerk